**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOEL NEWMAN, MARTIN EWENS, and
TAMMY SHERIDAN, individually and on
behalf of all others similarly situated,

                        Plaintiffs,

      -against-                                                24 **CIVIL** 333 (VSB)

## **JUDGMENT**

EMPIRE STATE REALTY TRUST, INC. AND
ESRT OBSERVATORY TRS, LLC,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 25, 2025, Pursuant to 9 U.S.C. § 9, the Award is confirmed. The claims of Plaintiffs Ewens and Sheridan are dismissed with prejudice. The Parties will bear their own costs and attorneys' fees; accordingly, the case is closed.

**Dated:** New York, New York
        July 25, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                        **Deputy Clerk**